**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Western District of Pennsylvania**

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | LaRocca Holding Company, L.L.C. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-2451590 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 23 Chestnut Street | 75 Milton Street |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Sharon              PA      16146 | Clark              PA      16113 |
| City                    State     ZIP Code | City                    State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Mercer County | |
| County | Number        Street |
| | |
| | City                    State     ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | LaRocca Holding Company, L.L.C. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

531120

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When __ / __ / ____ Case number _____
MM / DD / YYYY

District _____ When __ / __ / ____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When __ / __ / ____
MM / DD / YYYY

Case number, if known _____

| Debtor | LaRocca Holding Company, L.L.C. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number            Street

_____

_____
City                                   State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor    LaRocca Holding Company, L.L.C.

_____    Case number (if known)_____

Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/28/2020
        MM  / DD / YYYY

✖ /s/ John LaRocca                              John LaRocca
_____              _____
Signature of authorized representative of debtor      Printed name

Title  Sole MBR
_____

**18. Signature of attorney**

✖ /s/ Chester Scholl                    Date  02/28/2020
_____              MM   / DD / YYYY
Signature of attorney for debtor

Chester Scholl
_____
Printed name

Fruit, Dill, Goodwin and Scholl
_____
Firm name

32 Shenango Ave PO Box 673
_____
Number        Street

Sharon                                    PA        16146
_____
City                                      State     ZIP Code

724-981-4800                              bankruptcy@fdgs-law.com
_____
Contact phone                             Email address

19948
_____
Bar number                                State

**Fill in this information to identify the case:**

Debtor name ___LaRocca Holding Company, L.L.C.___

United States Bankruptcy Court for the: ___Western District of Pennsylvani___a

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Huntington National Bank | Checking | 7  8  9  7 | $ 120.91 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 120.91

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | $ |
|---|---|
| 7.2. | $ |

Debtor    LaRocca Holding Company, L.L.C.                    Case number (if known)_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                          $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____ − _____ = ........→    $_____
                             face amount      doubtful or uncollectible accounts

11b. Over 90 days old:       _____ − _____ = ........→    $_____
                             face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                        $_____

---

Debtor   LaRocca Holding Company, L.L.C. _____   Case number (if known) _____
Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
   Add lines 19 through 22. Copy the total to line 84.                                                                 $_____

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No. Go to Part 7.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor  LaRocca Holding Company, L.L.C.
_____  Case number *(if known)*_____
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    LaRocca Holding Company, L.L.C. _____    Case number (if known)_____
         Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See Schedule A/B Part 8, Question 50 Attachment

| | | | |
|---|---|---|---|
| | $_____ | _____ | $ Unknown |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor   Carrocca Holding Company, L.L.C.                                    Case number (if known)_____
          Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   Commercial Building at  23 Chestnut Street, Sharon, PA 16146 | Fee Simple | $_____ | Proposed Sale | $   300,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$   300,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    LaRocca Holding Company, L.L.C.
_____    Case number (if known)_____
       Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
  ☐ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☐ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.
  ☑ No. Go to Part 12.
  ☐ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
  Description (include name of obligor)
  _____    _____ – _____ = ➜    $_____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
  Description (for example, federal, state, local)
  _____    Tax year _____    $_____
  _____    Tax year _____    $_____
  _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
  _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
  _____    $_____
  Nature of claim    _____
  Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
  _____    $_____
  Nature of claim    _____
  Amount requested    $_____

76. **Trusts, equitable or future interests in property**
  _____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
  _____    $_____
  _____    $_____

78. **Total of Part 11.**
  Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

Debtor   LaRocca Holding Company, L.L.C.
         _____   Case number (if known) _____
         Name

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 120.91 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. . ................................................➜ | | $ 300,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 120.91 | + 91b. $ 300,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................... 300,120.91   $ 300,120.91

---

| Item | Model | Serial |
|------|-------|--------|
| 2 Station Manual Keg Washer | KW-M-02-230-3P | |
| Emerson Air Comfort Fan Kit- | LK40ORB | |
| Craftmade Fixture | Z5804-88 | |
| Craftmade Fixture- | Z5824-88 | |
| Craftmade Fixture | Z5821-88 | |
| Minka Aire Vintage Gyro | F802ORB | |
| Pendant Burnished Bronze | 4568BB | |
| Fan Paddle Circulator | CF552ORB | |
| Samsung Express printer | M2880FW | 075TBJDFB000J6V |
| Dell | XPS | 7G48P22 |
| Cisco Router(2) | SG300-28P | |
| Cisco Router | RV325 | |
| Foscam Cameras(14) | FI9821EP | |
| Foscam Cameras(3) | FI8910W | |
| Foscam Cameras(4) | FI9805E | |
| Acer Monitors(2) | G226HQL | |
| 12 Custom Made Booth Sets | | |
| 4 Custom Center Tables | | |
| 1 Custom Waiting Bench | | |
| 116 Chairs | #0961-13 | |
| 26 barstools | #200825/B0039-03 | |
| 25 Tables- | #BOF 36SQ/BOF3030TH | |
| DumbWaiter | P200 | 248259-1-22 |
| Thermaline Heat Exchanger | 15215-SS-46 | 15483-01 |

Exhibit "A"

1.      All the beer making equipment including kegs, lines, tanks... (anything related to making beer and "kegging" it

And including but not limited to the following items:

2.      GW Kent - Keg Filler
3.      Premier Stainless Systems - 2 Station Manual Keg Washer
4.      RO Water System                Model: 5kH36MFNA445AX Serial: J14J210180
5.      Custom RO Water Tank
6.      Custom Water Storage Tanks (2)
7.      Carbon Remover                 Model: NX1272510          Serial: 475158
8.      Custom Jim Boney Malt Mill with 55 lb Hopper
9.      Custom Hot Water Tank for Brewing (Stout Tanks and kettles)
10.     Custom Mash Tun for Brewing (Stout Tanks and kettles)
11.     Custom Boil Kettle for brewing (Stout Tanks and kettles)
12.     Custom 14 barrel fermentation tanks  (Stout Tanks and kettles)
13.     Custom 7 barrel fermentation tanks  (Stout Tanks and kettles)
14.     ChilStar 5 HP Glycol Unit  (Stout Tanks and kettles)
15.     BrewMation custom Control Panel for Brewing  (Stout Tanks and kettles)
16.     168 ½ barrel stainless kegs  (Stout Tanks and kettles)
17.     Various stainless steel fittings for brewing
18.     Various beer shanks, faucets, and fittings for tap system
19.     Custom Walk in Cooler Kit
20.     Condenser Unit for tap system
21.     12 port stainless draft Tower
22.     Keg dollies
23.     Heat Exchanger (Thermaline)
24.     Antique Cash Register and Stand
25.     Antique Clock

ChilStar 5 HP Glycol Unit(Stout Tanks and kettles)

BrewMation Custom Control Panel for Brewing(Stout Tanks and kettles)

168 1/2 barrel stainless kegs(Stout Tanks and kettles)

Various stainless steel fittings for brewing

Various pots, pans, dinnerwares, glassware and kitchen equipment

Various beer shanks, faucets, and fittings for tap system

**To Be Purchased**

Custom Walk in Cooler Kit

Condenser Unit for tap system

12 port stainless draft Tower

Keg Dollys

Foam Detectors for kegs

Mixer for Kitchen

Stove for kitchen

Flat Top for kitchen

Panini Presses for kitchen

Various small kitchen items and dinnerwares

Brewtus Brewing

- Forks
- Knives
- Spoons
- Salt and Pepper Shakers
- Condiment Holders
- Plates
- Bowls
- Various Glasses
- Cash Registers
- Table Cloths
- Bar Stools
- Catering Supplies

| Thomson Pump | 52U21-JK | W1405022941 |
|---|---|---|
| Randolph Pumps(2) | 610 | 48433,484600 |
| Hatco Warmer | GRAH-30 | 2224559-401 |
| Delfield Cold Prep Station | | |
| Larkin Oven Hoods(2) | | |
| 2 Bay Stainless Wash Sink | | |
| 3 Bay Stainless Wash Sink | | |
| Hobart Slicer | 1720 | 11-233-443 |
| Stainless Steel Prep Table with electric and shelves | | |
| Small Stainless Prep Table | | |
| Food Warming Station | | |
| Knight Dishwasher | KLT1171 | 01719 |
| Copeland Condenser | CR7KQ-TF5-26HAE | 07H85570H |
| Grundfos RO water Pump | MQ3-35 | 96860172 |
| RO Water System | 5kH36MFNA445AX | J14J210180 |
| Custom RO Water Tank | | |
| Custom Water Storage Tanks(2) | | |
| Water Softener | YD32BL-13-15T | 201426675 |
| Carbon Remover | NX1272510 | 475158 |
| Custom JimBoney Malt Mill with 55 lb Hopper | | |
| Custom Hot Water Tank for Brewing(Stout Tanks and kettles) | | |
| Custom Mash Tun for Brewing(Stout Tanks and kettles) | | |
| Custom Boil Kettle for brewing(Stout Tanks and kettles) | | |
| Custom 14 barrel fermentation tanks(Stout Tanks and kettles) | | |
| Custom 7 barrel fermentation Tanks(Stout Tanks and kettles) | | |

**Fill in this information to identify the case:**

Debtor name  LaRocca Holding Company, L.L.C.

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
City of Sharon

Describe debtor's property that is subject to a lien
Commercial  Building

Column A: $ 17,142.00    Column B: $ 250,000.00

Creditor's mailing address
155 West Connelly Blvd
Sharon, PA 16146

Creditor's email address, if known
_____

Date debt was incurred  04/02/2015
Last 4 digits of account number  _____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
City of Sharon

Describe debtor's property that is subject to a lien
Contents of Commercial Building

Column A: $17,142.00    Column B: $75,000.00

Creditor's mailing address
155 West Connelly Blvd
Sharon, PA 16146

Creditor's email address, if known
_____

Date debt was incurred  04/02/2015
Last 4 digits of account number  _____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 687,129.20

| Debtor | LaRocca Holding Company, L.L.C. | Case number *(if known)* | |
|--------|----------------------------------|--------------------------|--|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|-------------|---------------------|--|--|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
CL45 MW Loan 1 LLC

**Describe debtor's property that is subject to a lien**

Commercial Building

$109,797.60     $250,000.00

**Creditor's mailing address**

Midwest Servicing 4, LLC
3144 S. Winton Rd., Rochester, NY 14623

**Creditor's email address, if known**

**Date debt was incurred** 05/07/2019
**Last 4 digits of account number** 0048

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
CL45 MW Loan 1 LLC

**Describe debtor's property that is subject to a lien**

Rent on Commercial Building

$ Unknown     $

**Creditor's mailing address**

Midwest Servicing 4, LLC
3144 S. Winton Rd., Rochester, NY 14623

**Creditor's email address, if known**

**Date debt was incurred** 05/07/2019
**Last 4 digits of account number**

**Describe the lien**
Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  LaRocca Holding Company, L.L.C.
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name
CL45 MW Loan 1 LLC

Describe debtor's property that is subject to a lien

Commercial Building

$ 87,000.00     $ 250,000.00

Creditor's mailing address

Midwest Servicing 4, LLC
3144 S. Winton Rd., Rochester, NY 14623

Creditor's email address, if known

Date debt was incurred    05/07/2019
Last 4 digits of account number    0049

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☒ No
☐ Yes

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

**2.6** Creditor's name
CL45 MW Loan 1 LLC

Describe debtor's property that is subject to a lien

Rents on Commercial Building

$ Unknown     $ 250,000.00

Creditor's mailing address

Midwest Servicing 4, LLC
3144 S. Winton Rd., Rochester, NY 14623

Creditor's email address, if known

Date debt was incurred    05/07/2019
Last 4 digits of account number    _____

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☒ No
☐ Yes

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  LaRocca Holding Company, L.L.C.
Name

Case number *(if known)*_____

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | Amount of claim | Value of collateral |
| | Do not deduct the value | that supports this |
| | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**
First National Bank of Pennsylvania

**Describe debtor's property that is subject to a lien**
Commercial Building

$109,797.60    $250,000.00

**Creditor's mailing address**

7 West State Street
Sharon, PA 16146

**Creditor's email address, if known**

**Date debt was incurred** 12/23/2014
**Last 4 digits of account number** _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.8** **Creditor's name**
First National Bank of Pennsylvania

**Describe debtor's property that is subject to a lien**
Assignment of Rents

$ Unknown    $ 250,000.00

**Creditor's mailing address**

7 West State Street
Sharon, PA 16146

**Creditor's email address, if known**

**Date debt was incurred** 12/23/2014
**Last 4 digits of account number** _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor ___LaRocca Holding Company, L.L.C._____  Case number _(if known)_____
       Name

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name**
First National Bank of Pennsylvania

_____

**Creditor's mailing address**

7 West State Street
_____
Sharon, PA 16146
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  12/23/2014

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Commercial Building

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$82,250.00     $250,000.00

---

**2.10**

**Creditor's name**
First National Bank of Pennsylvania

_____

**Creditor's mailing address**

7 West State Street
_____
Sharon, PA 16146
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  12/23/2014

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Rents from Commercial Building

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown     $ _____

---

Debtor  LaRocca Holding Company, L.L.C.

Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** **Creditor's name**

First National Bank of Pennsylvania

_____

**Creditor's mailing address**

_____

7 West State Street

Sharon, PA 16146

**Creditor's email address, if known**

_____

**Date debt was incurred** 04/02/2015

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Fixtures in Commercial Building

Column A: $0.00   Column B: $75,000.00

**Describe the lien**

Fixture Subordination Agreement

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.12** **Creditor's name**

Northwest Regional Planning Commission

_____

**Creditor's mailing address**

_____

395 Seneca Street

Oil City, PA 16301

**Creditor's email address, if known**

_____

**Date debt was incurred** 04/02/2015

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Commercial Building

Column A: $80,000.00   Column B: $250,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor  LaRocca Holding Company, L.L.C.
         Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** Creditor's name
Northwest Regional Planning Commission

Describe debtor's property that is subject to a lien

Fixtures in Commercial Building

$0.00          $75,000.00

Creditor's mailing address

395 Seneca Street
Oil City, PA 16301

Creditor's email address, if known

_____

Date debt was incurred    04/02/2015
Last 4 digits of account number

Describe the lien

Mortgage Inter-creditor Agreement

Is the creditor an insider or related party?
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

**2.14** Creditor's name
Shenango Valley Enterprise Zone Corporation

Describe debtor's property that is subject to a lien

Commercial Building

$84,000.00          $250,000.00

Creditor's mailing address

165 Euclid Ave
Sharon, PA 16146

Creditor's email address, if known

_____

Date debt was incurred    04/02/2015
Last 4 digits of account number

Describe the lien

Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   LaRocca Holding Company, L.L.C.
         Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15** **Creditor's name**
Shenango Valley Enterprise Zone Corporation

**Describe debtor's property that is subject to a lien**

Contents of Commercial Building

$100,000.00      $75,000.00

**Creditor's mailing address**

165 Euclid Ave
Sharon, PA 16146

**Creditor's email address, if known**

**Date debt was incurred**  04/02/2015
**Last 4 digits of account number**  _____

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.___** **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____      $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | LaRocca Holding Company, L.L.C. | |
|---|---|---|
| | Name | |

Case number *(if known)*_____

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor ___LaRocca Holding Company, L.L.C._____

United States Bankruptcy Court for the: __Western District of Pennsylvania__

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>City of Sharon Sanitary Authority<br>155 West Connelly Blvd<br>Sharon, PA, 16146 | As of the petition filing date, the claim is: $ 213.46<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | Date or dates debt was incurred<br>3 | Basis for the claim:<br>Taxes & Other Government Units | |
| | Last 4 digits of account number    23 C | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.2** | Priority creditor's name and mailing address<br>Mercer County Tax Claim Bureau<br>3 Mercer County Courthouse<br>Mercer, PA, 16137 | As of the petition filing date, the claim is: $ 11,133.57<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 11,133.57 |
| | Date or dates debt was incurred<br>2 | Basis for the claim:<br>Taxes & Other Government Units | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**
Advanced Land Measurement, Inc.
7097 Warren Sharon Road
Brookfield, OH, 44403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 1,400.00**

Date or dates debt was incurred _____

Last 4 digits of account number   5888

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**   **Nonpriority creditor's name and mailing address**
Northwest Regional Planning Commission
395 Seneca Street
Oil City, PA, 16301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**      Judgment Liens

**$ 102,475.87**

Date or dates debt was incurred   12/07/2017

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**
Shenango Valley Enterprise Zone Corporation
165 Euclid Ave
Sharon, PA, 16146

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**      Judgment Liens

**$ 91,931.32**

Date or dates debt was incurred   07/13/2018

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ _____**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ _____**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ _____**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _____   Case number (if known) _____
        Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 11,347.03 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 195,807.19 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 207,154.22 |

**Fill in this information to identify the case:**

Debtor name ___LaRocca Holding Company, L.L.C.___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (If known): _____    Chapter ___7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name  LaRocca Holding Company, L.L.C.

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number (If known):  _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.5 | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.6 | | _____ | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case:**

Debtor name    LaRocca Holding Company, L.L.C.

United States Bankruptcy Court for the: Western District of Pennsylvania
                                          (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* ...................................................   $ _____ 300,000.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ..............................................   $ _____ 120.91

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ................................................   $ _____ 300,120.91

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............   $ _____ 687,129.20

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F* ............................................   $ _____ 11,347.03

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ....................   **+** $ _____ 195,807.19

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b    $ _____ 894,283.42

---

Fill in this information to identify the case and this filing:

Debtor Name __LaRocca Holding Company, L.L.C._____

United States Bankruptcy Court for the: __Western District of Pennsylvania__

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/28/2020__        ✖ /s/ John LaRocca _____
       MM / DD / YYYY        Signature of individual signing on behalf of debtor

                         John LaRocca _____
                         Printed name

                         Sole MBR _____
                         Position or relationship to debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:    LaRocca Holding Company, L.L.C.

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    02/28/2020

/s/ John LaRocca
Signature of Individual signing on behalf of debtor

Sole MBR
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___LaRocca Holding Company, L.L.C.___

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:      Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $_____0.00 |
| **For prior year:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____0.00 |
| **For the year before that:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM / DD / YYYY | to | Filing date | _____ | $_____0.00 |
| **For prior year:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | _____ | $_____0.00 |
| **For the year before that:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | _____ | $_____0.00 |

| Debtor | LaRocca Holding Company, L.L.C. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

| Debtor | LaRocca Holding Company, L.L.C. | Case number (if known) |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Northwest Pennsylvania Region vs Larocca Holding Company | Confession of Judgment | Common Pleas of Mercer County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 2017-03585 | | 105 Mercer County Courthouse Mercer, PA 16137 | |
| 7.2. | Shenenago Valley Enterprise vs Larocca Holding Company LLC | Confession of Judgement | Common Pleas of Mercer County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 2018-02114 | | Mercer County Courthouse Mercer, PA 16137 | |

---

Debtor    LaRocca Holding Company, L.L.C.
_____    Case number (if known)_____
Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| **9.2.** _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | _____ | _____ | $_____ |

| Debtor | LaRocca Holding Company, L.L.C. | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor    LaRocca Holding Company, L.L.C. _____        Case number *(if known)*_____
          Name

---

13. **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | LaRocca Holding Company, L.L.C. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor _____LaRocca Holding Company, L.L.C._____    Case number *(if known)*_____
           Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | LaRocca Holding Company, L.L.C. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

**Part 12:**   **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

---

| Debtor | LaRocca Holding Company, L.L.C. | Case number *(if known)* _____ |
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |

---

Debtor    LaRocca Holding Company, L.L.C.
_____
Name

Case number (if known)_____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Reed & Dailey Asoociates, Inc <br> Name <br> 475 S. Buhl farm Drive hermitage Pa 16148 | From 01/01/2015 <br> To 12/31/2019 |
| 26a.2.   _____ <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   Reed & Dailey Associates, Inc <br> Name <br> 475 S. Buhl Farm drive Hermitage, Pa 16148 | From 01/01/2015 <br> To 12/31/2019 |
| 26b.2.   _____ <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Reed & Dailey Asociates, Inc <br> Name <br> 475 S. Buhl Farm Drive Hermitage Pa 16148 | |

---

Debtor    LaRocca Holding Company, L.L.C.
_____
          Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | LaRocca Holding Company, L.L.C. | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
      Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John M LaRocca | 75 Milton Street, Clark, PA 16113 | Sole Member | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor   LaRocca Holding Company, L.L.C._____   Case number (*if known*)_____
          Name

| | | |
|---|---|---|
| | **Name and address of recipient** | _____ _____ |
| 30.2 | _____ | _____ |
| | Name | |
| | | _____ |
| | | _____ |
| | **Relationship to debtor** | _____ |
| | _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/28/2020
              MM  / DD  / YYYY

✗ /s/ John LaRocca_____        Printed name  John LaRocca_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Sole MBR_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Advanced Land Measurement, Inc.
7097 Warren Sharon Road
Brookfield, OH 44403


City of Sharon
155 West Connelly Blvd
Sharon, PA 16146


City of Sharon Sanitary Authority
155 West Connelly Blvd
Sharon, PA 16146


CL45 MW Loan 1 LLC
Midwest Servicing 4, LLC
3144 S. Winton Rd.
Rochester, NY 14623


First National Bank of Pennsylvania
7 West State Street
Sharon, PA 16146


John M LaRocca
75 Milton Street
Clark
PA 16113


Mercer County Tax Claim Bureau
3 Mercer County Courthouse
Mercer, PA 16137


Northwest Regional Planning Commission
395 Seneca Street
Oil City, PA 16301


Shenango Valley Enterprise Zone Corporation
165 Euclid Ave
Sharon, PA 16146

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| LaRocca Holding Company, L.L.C. | : | Bankruptcy No.: |
| Debtor | : | |
| | : | Chapter 7 |
| | : | |
| | : | |
| LaRocca Holding Company, L.L.C. | : | Document No. _____ |
| Movant | : | |
| | : | Related to Doc. No. _____ |
| | : | |
| vs. | : | |
| | : | |
| No Respondent | : | |

NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e), I, Chester B. Scholl, Jr., counsel for

the debtor in the above-captioned case, hereby certify that the attached list of creditors' names

and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-

captioned case.

Dated: February 28, 2020

Respectfully submitted:

 */s/ Chester B. Scholl, Jr.*
CHESTER B. SCHOLL, JR., ESQUIRE
PA ID 19948
32 Shenango Ave., PO Box 673
Sharon, PA 16146
724-981-4800
Fax:  724-981-5376
scholl@scholl.org

# United States Bankruptcy Court

Western District of Pennsylvania

In re  LaRocca Holding Company, L.L.C.

Case No. _____

**Debtor**

Chapter <u>7</u> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

     For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>2,665.00</u>

     Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $ <u>500.00</u>

     Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>2,165.00</u>

☐ RETAINER

     For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

     The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ _____

     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
     approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

     ☑ Debtor             ☐ Other (specify)

3. The source of compensation to be paid to me is:

     ☑ Debtor             ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

   d.   [Other provisions as needed]

None.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

$200.00 per hour for all other work performed to include but not limited to IRS claims/judgments, objection to claim petitions, answer to relief from stay, redemption petitions, dischargeability actions, judicial lein avoidances, adversary proceedings, negotiations with secured creditors, reaffirmation or redemption agreements, amendment fees or costs, costs associated with the appointment of any professional or expert witness, hearings at the U.S. Bankruptcy Court, phone/conference calls with the Bankruptcy Judge or attorneys for creditors. The Debtor(s) are responsible for all costs necessary for the continuation or filing of the case, credit counseling fees, credit report fees and all other fees charged by third party with regard to their bankruptcy.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/28/2020

*Date*

/s/ Chester Scholl, 19948

*Signature of Attorney*

Fruit, Dill, Goodwin and Scholl

*Name of law firm*

32 Shenango Ave
PO Box 673
Sharon, PA 16146
724-981-4800
bankruptcy@fdgs-law.com

**WRITTEN NOTICE REQUIRED UNDER SECTION 527(a)(2)**

All information that you are required to provide with a petition and thereafter during a case under title 11 ("Bankruptcy") of the United States Code is required to be complete, accurate, and truthful.

All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in title 11 United States Code section 506 must be stated in those documents where requested after reasonable inquiry to establish such value.

Current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of title 11, disposable income (determined in accordance with section 707(b)(2)), are required to be stated after reasonable inquiry.

Information that you provide during your case may be audited pursuant to title 11. Failure to provide such information may result in dismissal of the case under title 11 or other sanction, including criminal sanctions.

**Date** 02/28/2020

/s/*John M. LaRocca*

John M. LaRocca
Debtor

Joint Debtor

/s/*Chester Scholl*

Chester Scholl
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

## STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Bankruptcy Administrator has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of -
- (1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
- (2) the effect of receiving a discharge of debts in bankruptcy;
- (3) the effect of reaffirming a debt; and
- (4) your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This statement contains only general principles of law and is not a substitute for legal advice. If you have any questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed in your bankruptcy schedules. A discharge is a court order that says that you do not have to repay your debts, but there are a number of exceptions. Debts which usually may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; debts which were not listed in your bankruptcy schedules; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to repay debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy. There are exceptions to this general statement. See your lawyer if you have questions.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your bankruptcy petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court sixty (60) days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary. They are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt. This is particularly true when property you wish to retain is collateral for a debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues an order of discharge or within sixty (60) days after you filed the reaffirmation agreement with the court, whichever is later.

If you reaffirm a debt and fail to make the payments as required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any deficiency. In addition, creditors may seek other remedies, such as garnishment of wages.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtors must pay the chapter 13 trustee the amount set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

By signing below, I/we acknowledge that I/we have received a copy of this document, and that I/we have had an opportunity to discuss the information in this document with an attorney of my/our choice.

*/s/John M. LaRocca*

Date    02/28/2020

*/s/Chester B. Scholl, Jr.*

**Chester B. Scholl, Jr.**

2

**United States Bankruptcy Court**

IN RE:                                          Case No._____

LaRocca Holding Company, L.L.C.
_____  Chapter  7
                                                _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| John M LaRocca 75 Milton Street, Clark, PA 16113 | 100% | Managing member |